Pamela RHODES, Appellant,

v.

ARKANSAS STATE UNIVERSITY, Appellee.

No. 10–1441.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 4, 2010.

Filed: Aug. 11, 2010.

Pamela Rhodes, Jonesboro, AR, pro se.

Ryan Michael Wilson, Mark Mayfield, Womack & Landis, Jonesboro, AR, Lucin-

da McDaniel, Arkansas State University System, State University, AR, for Appellee.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Pamela Rhodes appeals the district court's [1] adverse grant of summary judgment in her employment-discrimination action against Arkansas State University. After careful de novo review, *see Hannoon v. Fawn Eng'g Corp.*, 324 F.3d 1041, 1045 (8th Cir.2003), we find no error in the district court's order, *see id.* at 1048 (elements of harassment claim); *Box v. Principi*, 442 F.3d 692, 696 (8th Cir.2006) (elements of race-discrimination and retaliation claims). Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny appellee's pending motion as moot.

---

1. The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.